**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>MADISON ASSET LLC,<br><br>    Debtor in a Foreign Proceeding | Chapter 15<br><br>Case No. 18-12814 (MEW) |
| MARTIN NICHOLAS JOHN TROTT and CHRISTOPHER JAMES SMITH, on behalf of and solely in their capacity as the Foreign Representatives and Joint Official Liquidators of MADISON ASSET LLC (IN LIQUIDATION),<br><br>    Plaintiffs,<br><br>    v.<br><br>DEUTSCHE BANK AG,<br><br>    Defendant. | Adv. Proc. No. 20-01237 (MEW) |

**NOTICE OF DEFENDANT DEUTSCHE BANK AG'S**
**<u>MOTION TO WITHDRAW THE REFERENCE</u>**

    PLEASE TAKE NOTICE that Defendant Deutsche Bank AG, by and through its undersigned attorneys, hereby moves for an order, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011, and Local Bankruptcy Rule 5011-1, withdrawing the reference of the above-captioned Adversary Proceeding to the United States Bankruptcy Court for the Southern District of New York upon and for the reasons set forth in the accompanying Memorandum of Law in Support of the Motion to Withdraw the Reference, as well as the Declaration of Rupert Geoffrey Dangar Bell, dated December 4, 2020 and the exhibits attached thereto.

1

Dated: December 4, 2020
      New York, New York

                                            CAHILL GORDON & REINDEL LLP

                                            By: */s/* David G. Januszewski
                                            David G. Januszewski
                                            Joel H. Levitin
                                            Samuel G. Mann
                                            Sesi V. Garimella
                                            Bonnie E. Trunley
                                            32 Old Slip
                                            New York, New York  10005
                                            Tel.: 212-701-3000
                                            Fax: 212-269-5420

                                            *Attorneys for Defendant Deutsche Bank AG*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of December 2020, copies of the Notice of Motion to Withdraw the Reference, the Memorandum of Law in Support of the Motion to Withdraw the Reference, and the Declaration of Rupert Geoffrey Dangar Bell, dated December 4, 2020 and the exhibits attached thereto were filed electronically in accordance with the local rules and were therefore served electronically using the Court's CM/ECF system, which will automatically send an email notification to counsel of record as follows:

| | |
|---|---|
| Rachel Ann Buchhorn<br>Reid Collins & Tsai LLP<br>1301 S. Capital of Texas Hwy<br>Suite C-300<br>Austin, TX 78746<br>Tel: 512-647-6114<br>Fax: 512-647-6129<br>Email: rbuchhorn@reidcollins.com | Jordan Louis Vimont, Sr.<br>Reid Collins & Tsai LLP<br>1301 S. Capital of Texas Hwy<br>Suite C-300<br>Austin, TX 78746<br>Tel: 512-647-6127<br>Fax: 512-647-6129<br>Email: jvimont@rctlegal.com |

Jeffrey E. Fross
Reid Collins & Tsai LLP
810 Seventh Avenue
Suite 410
New York, NY 10019
Tel: 212-344-5200
Fax: 646-626-6398
Email: jgross@rctlegal.com

                                                  */s/* David G. Januszewski
                                                  David G. Januszewski