# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | PATRICK GORDON | TELEPHONE: (212) 701-3000 | MEGHAN N. McDERMOTT | SEAN P. TONOLLI |
| ANIRUDH BANSAL | JASON M. HALL | WWW.CAHILL.COM | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| DAVID L. BARASH | STEPHEN HARPER | _____ | NOAH B. NEWITZ | GLENN J. WALDRIP, JR. |
| LANDIS C. BEST | WILLIAM M. HARTNETT | | WARREN NEWTON § | HERBERT S. WASHER |
| BRADLEY J. BONDI | NOLA B. HELLER | 1990 K STREET, N.W. | DAVID R. OWEN | MICHAEL B. WEISS |
| BROCKTON B. BOSSON | CRAIG M. HOROWITZ | WASHINGTON, DC 20006-1181 | JOHN PAPACHRISTOS | DAVID WISHENGRAD |
| JONATHAN BROWNSON * | DOUGLAS S. HOROWITZ | (202) 862-8900 | LUIS R. PENALVER | COREY WRIGHT |
| JAMES J. CLARK | TIMOTHY B. HOWELL | | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | CAHILL GORDON & REINDEL (UK) LLP | SHEILA C. RAMESH | DANIEL J. ZUBKOFF |
| LISA COLLIER | ELAI KATZ | 24 MONUMENT STREET | MICHAEL W. REDDY | |
| AYANO K. CREED | JAKE KEAVENY | LONDON EC3R 8AJ | OLEG REZZY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | +44 (0) 20 7920 9800 | THORN ROSENTHAL | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| SEAN M. DAVIS | RICHARD KELLY | _____ | TAMMY L. ROY | |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | | JONATHAN A. SCHAFFZIN | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| ADAM M. DWORKIN | JOEL KURTZBERG | WRITER'S DIRECT NUMBER | DARREN SILVER | |
| ANASTASIA EFIMOVA | TED B. LACEY | | JOSIAH M. SLOTNICK | ‡ ADMITTED IN DC ONLY |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | RICHARD A. STIEGLITZ JR. | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | ROSS E. STURMAN | |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | SUSANNA M. SUH | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | ANTHONY K. TAMA | |
| ARIEL GOLDMAN | BRIAN T. MARKLEY | | JONATHAN D. THIER | |

(212) 701-3352

April 15, 2021

Re:  *Martin Nicholas and John Trott* v. *Deutsche Bank AG*,
     <u>Case No. 1:20-cv-10299-MKV (S.D.N.Y.)</u>

Dear Judge Vyskocil:

We represent Defendant Deutsche Bank AG ("Deutsche Bank") in the above-captioned action. We write pursuant to Rule 4.A.vii of the Court's Individual Rules of Practice in Civil Cases to respectfully request oral argument on Deutsche Bank's April 15, 2021 Motion to Dismiss the Amended Complaint, filed concurrent with this letter.

Respectfully submitted,

 /s/ David G. Januszewski
David G. Januszewski

The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

<u>BY ECF</u>

cc:     Counsel of Record