UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2022
```

MARTIN NICHOLAS JOHN TROTT AND CHRISTOPHER JAMES SMITH, ON BEHALF OF AND SOLELY IN THEIR CAPACITY AS THE FOREIGN REPRESENTATIVES AND JOINT OFFICIAL LIQUIDATORS OF MADISON ASSET LLC (IN LIQUIDATION),

Plaintiffs,

-against-

DEUTSCHE BANK AG,

Defendant.

1:20-cv-10299-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court held a telephonic initial pretrial conference on August 2, 2022. Counsel for all parties were in attendance. At the conference, Defendant Deutsche Bank AG advised the Court that it intends to file a motion in the Bankruptcy Court for a declaratory judgment that the counterclaim it asserts against Plaintiffs does not violate the automatic stay in connection with the underlying Chapter 15 proceeding or, alternatively, for relief from the automatic stay. Accordingly, IT IS HEREBY ORDERED that, within two business days of any ruling on that motion, Deutsche Bank shall file a letter informing the Court as to that ruling.

SO ORDERED.

Date: August 2, 2022
      New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge