UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2023
```

MARTIN NICHOLAS JOHN TROTT AND CHRISTOPHER JAMES SMITH, ON BEHALF OF AND SOLELY IN THEIR CAPACITY AS THE FOREIGN REPRESENTATIVES AND JOINT OFFICIAL LIQUIDATORS OF MADISON ASSET LLC (IN LIQUIDATION),

                Plaintiffs,

-against-

DEUTSCHE BANK AG,

                Defendant.

1:20-cv-10299-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Status Conference previously scheduled for April 4, 2023 at 3:00 PM is ADJOURNED to April 25, 2023 at 12:30 PM.

**SO ORDERED.**

**Date: March 27, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**