USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _4/12/2023_

CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

DANIEL R. ANDERSON
HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
CHRISTOPHER BEVAN
BROCKTON B. BOSSON
JONATHAN BROWNSON *
DONNA M. BRYAN
EMEKA C. CHINWUBA
JOYDEEP CHOUDHURI *
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
AYANO K. CREED
PRUE CRIDDLE ±
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
SAMSON A. ENZER
JENNIFER B. EZRING
GERALD J. FLATTMANN JR.

HELENA S. FRANCESCHI
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
SESI GARIMELLA
ARIEL GOLDMAN
PATRICK GORDON
JASON M. HALL
STEPHEN HARPER
WILLIAM M. HARTNETT
NOLA B. HELLER
CRAIG M. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
JAKE KEAVENY
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER ‡
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
20 FENCHURCH STREET
LONDON EC3M 3BY
+44 (0) 20 7920 9800

WRITER'S DIRECT NUMBER

JOEL H. LEVITIN
GEOFFREY E. LIEBMANN
MARK LOFTUS
JOHN MacGREGOR
BRIAN T. MARKLEY
MEGHAN N. McDERMOTT
WILLIAM J. MILLER
EDWARD N. MOSS
JOEL MOSS
NOAH B. NEWITZ
WARREN NEWTON §
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
THOMAS ROCHER
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN
ANDREW SCHWARTZ

DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
SUSANNA M. SUH
ANTHONY K. TAMA
JOHN A. TRIPODORO
HERBERT S. WASHER
MICHAEL B. WEISS
DAVID WISHENGRAD
C. ANTHONY WOLFE
ELIZABETH M. YAHL
JOSHUA M. ZELIG


* ADMITTED AS A SOLICITOR IN
ENGLAND AND WALES ONLY
± ADMITTED AS A SOLICITOR IN
WESTERN AUSTRALIA ONLY

‡ ADMITTED IN DC ONLY
§ ADMITTED AS AN ATTORNEY
IN THE REPUBLIC OF SOUTH AFRICA
ONLY

(212) 701-3352

April 12, 2023

Re:   Trott, et al., v. Deutsche Bank AG, 1:20-cv-10299-MKV

Dear Judge Vyskocil:

We are counsel for defendant Deutsche Bank AG in the above-referenced action.

We write to respectfully request that the status conference currently scheduled for April 25, 2023 at 12:30 p.m. be adjourned to another date convenient for the Court.

As the Court is aware, defendant Deutsche Bank AG is party to a related litigation pending in the United States District Court for the Southern District of Florida. *Pearson, et al.*, v. *Deutsche Bank AG*, No. 1:21-cv-22437 (S.D. Fla.). In that action, a jury trial before the Honorable Beth Bloom commenced on April 10, 2023. I, together with my colleagues who have appeared in this action, are also trial counsel in that action. Although it is not certain when the trial will conclude, Judge Bloom instructed the jury to anticipate the possibility that the trial will continue through April 24-26, 2023.

Due to the conflict, we respectfully request that the status conference in this action be adjourned. There have been no previous requests by the parties for adjournment of this conference, although the Court *sua sponte* adjourned the conference once. Counsel for Plaintiffs does not oppose this request.

Respectfully submitted,

David G. Januszewski

The Honorable Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

By ECF

CAHILL GORDON & REINDEL LLP

-2-

cc:   William T. Reid, IV, Esq.
      Jeffrey Gross, Esq.
      Jordan Vimont, Esq.

**GRANTED.  The April 25, 2023 Status Conference is ADJOURNED to May 9, 2023 at 12:30 PM.  SO ORDERED.**

Date: _4/12/2023_
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge