```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN NICHOLAS JOHN TROTT AND
CHRISTOPHER JAMES SMITH, ON BEHALF
OF AND SOLELY IN THEIR CAPACITY AS
THE FOREIGN REPRESENTATIVES AND
JOINT OFFICIAL LIQUIDATORS OF
MADISON ASSET LLC (IN LIQUIDATION),

              Plaintiffs,

-against-

DEUTSCHE BANK AG,

              Defendant.

1:20-cv-10299-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court held a Status Conference with the parties on May 9, 2023. As discussed at that conference, the parties are HEREBY DIRECTED to file simultaneous briefs on the issues described in the Joint Letter at ECF No. 116 on or before May 16, 2023.

**SO ORDERED.**

Date: May 9, 2023
      New York, NY

                                    **MARY KAY VYSKOCIL**
                                    United States District Judge