reid | collins

Santander Tower
1601 Elm Street, 42nd Floor
Dallas, Texas 75201
Main: 214.420.8900
Fax: 214.420.8909
www.reidcollins.com

D. Benjamin Thomas | Sr. Associate
Direct: 214.420.8905
bthomas@reidcollins.com

May 16, 2023

<u>Via ECF</u>

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

  Re: *Martin Nicholas John Trott et al v. Deutsche Bank, AG*, Case No. 1:20- cv-10299-MKV

Dear Judge Vyskocil:

  We represent Plaintiffs/Counter-Defendants, Martin Nicholas John Trott and Christopher James Smith (the "**Plaintiffs**" or "**JOLs**"), as Foreign Representatives and Joint Official Liquidators of Madison Asset LLC ("**Madison**"), in the above-referenced action. Pursuant to Your Honor's Individual Rule of Practice No. 9(B), we write respectfully to request that certain exhibits set forth herein below ("**Exhibits**") in support of Plaintiffs' Motion to Compel and for Related Relief ("**Motion to Compel**") and attached thereto, be sealed as (i) documents over which Defendant Deutsche Bank, AG ("**Deutsche Bank**") has claimed privilege, or (ii) documents marked "Confidential."

  On May 7, 2023, Defendant notified Plaintiffs that it claims that Exhibit D (i) contains suspicious activity reporting information; (ii) was inadvertently produced; and (iii) is subject to protection from disclosure. Plaintiffs contest Deutsche Bank's claim of privilege. But until such time as the Court resolves the parties' dispute over the relevant privilege issues, Plaintiffs respectfully request leave to temporarily file Exhibit D to their Motion to Compel under seal temporarily.

  Plaintiffs respectfully request leave to temporarily file Exhibit K to their Motion to Compel under seal to abide with their obligations under the July 14, 2022 Amended Stipulated Confidentiality Agreement and Protective Order (ECF No. 74).

  Accordingly, Plaintiffs respectfully request permission to file under seal the following documents until further order of the Court:

Honorable Mary Kay Vyskocil
May 16, 2023
Page 2

      1. Exhibit D to Plaintiff's Motion to Compel (Deposition Exhibit 407);
      2. Exhibit K to Plaintiff's Motion to Compel (Deutsche Bank's May 8, 2023 Supplemental Privilege Log.)

                        Respectfully submitted,

                        */s/ David Benjamin Thomas*
                        David Benjamin Thomas

Application GRANTED. Plaintiff may temporarily file Exhibits D and K to their Motion to Compel under seal, until further order by the Court.

SO ORDERED.

The Clerk of Court is respectfully requested to terminate ECF No. 121.

*[signature: Dale E. Ho]*

Dale E. Ho
United States District Judge
New York, New York
Dated: February 1, 2024