**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARTIN NICHOLAS JOHN TROTT, et al., <br><br> *Plaintiffs*, <br><br> -against- <br><br> DEUTSCHE BANK AG, <br><br> *Defendant,* | Case No. 1:20-cv-10299-DEH <br><br> **ORDER OF TERMINATION OF APPEARANCE OF <u>ANIRUDH BANSAL, ESQ.</u>** |

I, the undersigned, respectfully request that my appearance on behalf of Defendant, Deutsche Bank AG, be terminated pursuant to Local Rule 1.4.  I filed a Notice of Appearance on behalf of Defendant on May 5, 2023, while a partner at Cahill Gordon & Reindel LLP.  Cahill will continue to represent Defendant in this matter.  However, effective Friday, May 29, 2026, I will no longer be associated with Cahill and will no longer represent Defendant, Deutsche Bank, in this matter.

By Opinion and Order dated September 30, 2025 the Court, among other things, granted Deutsche Bank's motion of summary judgment (ECF No. 206).  Plaintiffs subsequently filed a motion for reconsideration, which is currently pending.  This case has not been placed on the Court's trial calendar.  I am not asserting a retaining or charging lien against Defendant and the termination of my appearance will not affect the posture of this case.

Dated:  May 28, 2026                    Respectfully submitted,

                                 /s/ Anirudh Bansal
                                Anirudh Bansal

**CAHILL GORDON & REINDEL** LLP
32 Old Slip
New York, New York 10005
Telephone: 212-701-3000
Abansal@cahill.com

**Application GRANTED. The Clerk of Court is
respectfully directed to terminate Mr. Bansal from
the case.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: May 28, 2026
New York, New York

2