UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Martin Nicholas John Trott, et al.,
Plaintiffs,

v.

Deutsche Bank, AG,
Defendant.

20-CV-10299 (DEH)

ORDER

DALE E. HO, United States District Judge:

On September 29, 2026, the Court issued an opinion on two sealing motions in this case. *See* Mem. Op. & Order, ECF No. 226. The Court denied sealing or redactions for the following filings: ECF Nos. 169-4, 186-10, 186-20, 186-21, 186-28, and 186-104. *Id.* at 9. The Court stated that it would direct the unsealing of those documents after 30 days, absent any appeal from a party. *See id.* Thirty days have passed and no party has filed a status update alerting the Court to any appeal of its sealing decision. In the same opinion, the Court authorized redactions for a separate set of documents and directed Defendant Deutsche Bank AG ("Deutsche Bank") to file the redacted documents on the docket. *See id.* at 8-9. Deutsche Bank has filed the redacted documents in accordance with the Court's order. *See* Letter, ECF No. 229. In the letter accompanying the redacted documents, Deutsche Bank informs the Court that it "no longer seeks the redaction of ECF No. 169-7," one of the documents for which the Court authorized redactions. *Id.* at 1.

Accordingly, the Clerk of Court is respectfully directed to unseal ECF No. 169-7, which Deutsche Bank no longer seeks to seal. The Clerk of Court is further respectfully directed to unseal the following documents in accordance with the Court's September 29, 2026 Opinion and Order:

- ECF No. 169-4
- ECF No. 186-10

- ECF No. 186-20
- ECF No. 186-21
- ECF No. 186-28
- ECF No. 186-104

SO ORDERED.

Dated: October 30, 2026
New York, New York

DALE E. HO
United States District Judge